No. 10–5651. N–A–M *v.* HOLDER, ATTORNEY GENERAL. C. A. 10th Cir. Certiorari denied. 

No. 10–5718. REYES-BOSQUE, AKA VARELA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 10–5836. SIEGEL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 10–5898. PARKER *v.* POTTER. C. A. 11th Cir. Certiorari denied. 

No. 10–5909. DAVIS *v.* UNITED STATES; and
No. 10–5940. FENNER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 10–5922. BANKS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. 

No. 10–5988. WILLIAMS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. 

No. 10–5998. FAZIO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 10–6039. VILLALOBOS *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied. 

No. 10–6115. EDENS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 10–6180. BELL *v.* JACKSON, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 10–6242. BURKS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 10–6259. CEBALLOS-ZUNIGA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 10–6272. TINSLEY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–6297. BRYAN *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.